# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM PEGUES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN COE, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 16-CV-239-SMY-RJD<br>)<br>)<br>)<br>) |

## ORDER

**YANDLE, District Judge:**

Before the Court is the Motion for Out-of-Pocket Expenses filed by Plaintiff's Recruited Counsel Cort Vanostran (Doc. 147). Despite documenting out-of-pocket expenses in excess of $3400 incurred in representing the plaintiff in this action, Counsel only seeks reimbursement of $1000 from the District Court Fund. The Court notes that Counsel's motion was filed shortly after the Plan for the Administration of the District Court Fund was revised in April 2018, increasing the maximum reimbursement amount to $2,000.00.

The Court finds the amount of out-of-pocket expenses incurred to be reasonable in light of the work Counsel accomplished. Moreover, the Court finds that Counsel is entitled to the maximum reimbursement amount allowable at the time his motion was filed. Accordingly, pursuant to Section 2.6 of the Plan for Administration of the District Court Fund, Counsel's motion is **GRANTED**. The Court **APPROVES** reimbursement in the amount of $2,000.00 and **DIRECTS** the Clerk of Court to reimburse Counsel for that amount from the District Court Fund.

**IT IS SO ORDERED.**

**DATED: January 24, 2019**

　　　　　　　　　　　　　　　　　　　　　　　s/ Staci M. Yandle
　　　　　　　　　　　　　　　　　　　　　　　**STACI M. YANDLE**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**